## AFFIDAVIT OF SERVICE

State of Michigan      County of Western District      Usdc Court

Case Number: 1:23-CV-453

Plaintiff:
**Christopher Vangessel**

vs.

Defendant:
**Forge Industrial Staffing, Inc a foreign profit corporation. Hearthside Food Solutions, LLC a limited company**

For:
Fortz Legal
25 Division S., Suite 325
Grand Rapids, MI 49503

Received by Fortz Legal on the 10th day of May, 2023 at 10:26 pm to be served on **Hearthside Food Solutions, Llc, 13854 Lakeside Circle, 2nd Floor 311, Sterling Heights, MI 48313**.

I, Larry Evans, being duly sworn, depose and say that on the **12th day of May, 2023 at 1:49 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint, Exhibits** with the date and hour of service endorsed thereon by me, to: **Tanicia Miller** as **In Charge** for **Hearthside Food Solutions, Llc**, at the address of: **13854 Lakeside Circle, 2nd Floor 311, Sterling Heights, MI 48313**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 32, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 165, Hair: Black, Glasses: N

I am over the age of 18, of sound mind and neither a party to or interested in the above suit. I have personal knowledge of the facts stated above. I have never been convicted of a felony involving moral turpitude in any state or federal jurisdiction.

Subscribed and Sworn to before me on the 15th day of May, 2023 by the affiant who is personally known to me.

Rick Ramirez
NOTARY PUBLIC, State of MI
County of Oakland
My Commission, Expires 7-23-28
Acting in County of Oakland

Larry Evans
Process Server

Fortz Legal
25 Division S., Suite 325
Grand Rapids, MI 49503
(844) 730-4066

Our Job Serial Number: LZR-2023000286